# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 MAY 22 P 12:02
CLERK OF COURT

(Full name of plaintiff(s))

Jane Porter

v.

(Full name of defendant(s))

Milwaukee Fire Department
Milwaukee Police Department
Milwaukee Fire and Police Commission
Bell Ambulance

Case Number:

25-C-0748

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2343 N. Weil St Milwaukee WI, 53212__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
                                                (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)
and (if a person) resides at ___City of Milwaukee___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for ___Bell Ambulance, Milwaukee Fire Dept. Milwaukee WI___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Who: Adam Kuhs, Joshua Parish, Greg Rudoll, Ben Jensen
These defendants discriminated against me because I was falsely presumed guilty of a crime I did not commit in addition to Mischaracterizing a separate Suicide attempt I made while undressed 10 years ago as Masturbation. These defendants forced me to resign from my employers by creating a hostile work environment towards me instead of firing me outright or discussing with me their concerns. I have lost peer support, suffered humiliation and slander. I am at risk of homelessness, and I have significant

Complaint – 2

Emotional pain + Suffering

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like Justice and a money payment to get me back on my feet. No one is returning my calls and my applications for employment are being rejected While working at Bell my email accounts were deactivated I asked Human Resources and I was told I am eligible to reapply. I have done so twice. I was taking a Break from work at Bell ambulance (Being Part time I set my own schedule) to address mental health Concerns that I faced secondary to harassment explained in another lawsuit. I am looking for assurance that I am not guilty of anything

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 22 day of May 20 25.

Respectfully Submitted,

_____
Signature of Plaintiff

414-748-4426
Plaintiff's Telephone Number

Janevalkyrie1@gmail.com
Plaintiff's Email Address

2343 N. Weil St Milwaukee WI 53212
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5